UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
TODD C. BANK,

                Plaintiff,                                      JUDGMENT
                                                                 19 CV 5459 (MKB) (CLP)

      v.

GOHEALTH, LLC,

                Defendant.
-------------------------------------------------------- X

        An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on May 11, 2021, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 8, 2021, granting Defendant' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and denying Plaintiff's motion for sanctions and his request to further amend the SAC; it is

        ORDERED and ADJUDGED that the Defendant' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; and that Plaintiff's motion for sanctions and his request to further amend the SAC are denied.

Dated: Brooklyn, NY                                                              Douglas C. Palmer
         May 12, 2021                                                         Clerk of Court

                                                                                  By:    /s/*Jalitza Poveda*
                                                                                          Deputy Clerk