UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, *Plaintiff*, -against- GOHEALTH, LLC, *Defendant*. | 1:19-cv-5459-MKB-CLP<br><br>NOTICE OF APPEAL |

**PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: Part II(e) and Part III of the Memorandum and Order of this Court dated and entered with the clerk on May 11, 2021 (Dkt. No. 40); and the Judgment dated May 12, 2021, and entered with the clerk on May 13, 2021 (Dkt. No. 41).

Dated: May 17, 2021

                                                                      **s/ *Todd C. Bank***
                                                                       TODD C. BANK,
                                                                         ATTORNEY AT LAW, P.C.
                                                                       119-40 Union Turnpike
                                                                       Fourth Floor
                                                                       Kew Gardens, New York 11415
                                                                       (718) 520-7125
                                                                       By Todd C. Bank

                                                                       *Counsel to Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2021, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: May 17, 2021

                                                            s/ *Todd C. Bank*
                                                            TODD C. BANK